## City Court.

*Trial Term—June,* 1887.

JOYCE, ADMINISTRATRIX, &c. *against* McGUIRE.

Where a debtor pays the widow of an intestate a debt due the deceased, and she afterwards administers, the letters relate back and legalize the payment.

McADAM, Ch. J.—The rule is elementary that where the debtor pays the widow of an intestate the amount of a debt due the deceased, and she afterwards administers, the letters relate back and legalize the payment (2 *Hill*, 225; 8 *Johns.* 126; 1 *Williams on Ex'rs*, 240, 396-7; Farrell's Est., 1 *Tucker*, 110; and see cases cited in appellant's brief in 49 *N. Y.* 229).

Judgment for defendant, with costs.